McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

         Plaintiff,

v.

CODY MICHAEL WILLIAMS BOYD,

         Defendant.

CASE NO. 2:18-MJ-069 DB

[PROPOSED] ORDER TO FILE REDACTED COPY OF COMPLAINT

The government's motion to unseal the above-referenced case is GRANTED. The original complaint shall remain sealed. The redacted complaint is ORDERED filed without sealing.

Dated: March 27, 2018

HON. EDMUND F. BRENNAN
United States Magistrate Judge