UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 27, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:18-mj-00069-DB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER FOR RELEASE OF |
| CODY MICHAEL WILLIAMS BOYD, ) | PERSON IN CUSTODY |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, CODY MICHAEL WILLIAMS BOYD, Case No. 2:18-mj-00069-DB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $50,000.00.

    _X_ Co-Signed Unsecured Appearance Bond

    ___ Secured Appearance Bond

    _X_ (Other) Conditions as stated on the record.

    ___ (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 3/27/2018 at 2:15 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge