| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | AMANDA BECK<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

McGREGOR W. SCOTT
United States Attorney
AMANDA BECK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY BOYD,<br><br>Defendant. | CASE NO. 2:18-MJ-069 DB<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: September 26, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney AMANDA BECK, and defendant CODY BOYD, both individually and by and through his counsel of record, ALEXANDRA NEGIN, hereby stipulate as follows:

1. The Complaint in this case was filed on March 23, 2018, and defendant first appeared before a judicial officer of the Court in which the charges in this case are pending on March 27, 2018.

2. The current preliminary hearing date is September 26, 2018.

3. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to October 24, 2018, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

4. The parties agree that good cause exists for the extension of time, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between September 26, 2018, and October 24, 2018, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: September 18, 2018      McGREGOR W. SCOTT
                               United States Attorney

                               /s/ AMANDA BECK
                               AMANDA BECK
                               Assistant United States Attorney

Dated: September 18, 2018      /s/ ALEXANDRA NEGIN
                               ALEXANDRA NEGIN
                               Counsel for Defendant
                               CODY BOYD

|   |   |   |
|---|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney | |
| 2 | AMANDA BECK<br>Assistant United States Attorney | |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 | |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | |
| 5 | | |
| 6 | Attorneys for Plaintiff<br>United States of America | |
| 7 | | |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY BOYD,<br><br>Defendant. | CASE NO. 2:18-MJ-069 DB<br><br>FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: September 26, 2018<br>TIME: 2:00 p.m.<br>COURT: Hon. Allison Claire |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on September 18, 2018. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to October 24, 2018, at 2:00 p.m.

PROPOSED FINDINGS AND ORDER         1

2. The time between September 26, 2018, and October 24, 2018, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: September 18, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE